UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE, TENNESSEE

| | | |
|---|---|---|
| KATHI BOWMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 3:09-CV-16 |
| CROSSMARK, INC., | ) ) | Jury Demanded |
| Defendant. | ) ) | |

## APPENDIX TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Come now Plaintiffs Kathi Bowman and Cheryl Bean ("Plaintiffs"), by and through counsel, and submit this Appendix containing the following Exhibits to their Response in Opposition to Defendant's Motion for Summary Judgment:

| | |
|---|---|
| Exhibit 1 | Excerpts from Kathi Bowman's Deposition |
| Exhibit 2 | Excerpts from Volumes I and II of Cheryl Bean's Deposition |
| Exhibit 3 | Deposition Exhibit 3 |
| Exhibit 4 | Excerpts from Rodger Fisher's Deposition |
| Exhibit 5 | Excerpts from Thomas Miller's Deposition |
| Exhibit 6 | Deposition Exhibit 72 |
| Exhibit 7 | Excerpts from Malinda Hackworth Deposition |
| Exhibit 8 | Excerpts from Tina Rodriguez Deposition |
| Exhibit 9 | Deposition Exhibit 38 |
| Exhibit 10 | The Plaintiffs' Affirmations from New Jersey Action |

| | |
|---|---|
| Exhibit 11 | Deposition Exhibit 56 |
| Exhibit 12 | Kathi Bowman's Declaration |
| Exhibit 13 | Deposition Exhibit 50 |
| Exhibit 14 | Defendant's Objections and Responses to Plaintiff's Second Request for Production of Documents |
| Exhibit 15 | Deposition Exhibit 52 |
| Exhibit 16 | Deposition Exhibit 57 |
| Exhibit 17 | Deposition Exhibit 49 |
| Exhibit 18 | Deposition Exhibit 91 |
| Exhibit 19 | Deposition Exhibit 92 |
| Exhibit 20 | Deposition Exhibit 94 |
| Exhibit 21 | Deposition Exhibit 11 |
| Exhibit 22 | Deposition Exhibit 39 |
| Exhibit 23 | Deposition Exhibit 40 |
| Exhibit 24 | Deposition Exhibit 80 |
| Exhibit 25 | Deposition Exhibit 12 |
| Exhibit 26 | Deposition Exhibit 13 |
| Exhibit 27 | Deposition Exhibit 85 |
| Exhibit 28 | Excerpts from Thomas Bledsoe's Deposition |
| Exhibit 29 | Deposition Exhibit 64 |
| Exhibit 30 | Deposition Exhibit 82 |
| Exhibit 31 | Deposition Exhibit 65 |
| Exhibit 32 | Deposition Exhibit 41 |
| Exhibit 33 | Deposition Exhibit 42 |
| Exhibit 34 | Deposition Exhibit 15 |

| | |
|---|---|
| Exhibit 35 | Deposition Exhibit 44 |
| Exhibit 36 | Deposition Exhibit 74 |
| Exhibit 37 | Excerpts from Lisa Austin's Deposition |
| Exhibit 38 | Deposition Exhibit 45 |
| Exhibit 39 | Excerpt from Deposition Exhibit 89 |

Respectfully submitted this 31st day of May, 2011.

s/ John M. Lawhorn
John M. Lawhorn (BPR No. 14388)
**FRANTZ, MCCONNELL & SEYMOUR, LLP**
P.O. Box 39
Knoxville, TN 37901
(865) 546-9321

s/ J. Keith Coates, Jr. , Esq.
J. Chadwick Hatmaker (BPR #018693)
J. Keith Coates, Jr. (BPR #025839)
**WOOLF, MCCLANE, BRIGHT,
 ALLEN & CARPENTER, PLLC**
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

Attorneys for Plaintiff

3

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                      s/   J. Keith Coates, Jr., Esq.
                                          J. Keith Coates, Jr., Esq., (BPR #025839)

                                      WOOLF, McCLANE, BRIGHT,
                                        ALLEN & CARPENTER, PLLC
                                      Post Office Box 900
                                      Knoxville, Tennessee 37901-0900
                                      (865) 215-1000